IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DAVIS, *et al.*, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, *et al.*,

    Defendants.

No. C 11-01207 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **JUNE 23, 2011, AT 2:00 P.M.**, immediately following hearing on defendants' motion to dismiss. Please file a joint case management statement no later than June 16. All deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: May 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE