IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DAVIS, ALLEN CHAPMAN, SUA TUALA, DANIEL MCKINNEY, RUBEN IBARRA, DEZMON EPPS, and ROBERT BURTON, individually and on behalf of all others similarly situated,

   Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated Association, *et al.*, and also as representatives of all others similarly situated,

   Defendants.
                                       /

No. C 11-01207 WHA

**ORDER CLOSING CASE**

On June 24, 2011, plaintiffs' complaint was dismissed. Plaintiffs were allowed to seek leave to amend by July 22, 2011, but no such motion has been filed. Accordingly, judgment will be entered and the case will be closed.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE